# In the United States Court of Federal Claims

No. 04-1262C
(Filed November 24, 2004)

* * * * * * * * * * * * * * * * * * * * * * *
*
**LADO RIO INVESTORS,** *
**A CALIFORNIA LIMITED** *
**PARTNERSHIP,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the defendant's unopposed motion for an enlargement of time in which to respond to the plaintiff's complaint. The Court **GRANTS** the defendant's motion. The defendant shall file its responsive document on or before January 3, 2005.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge