# In the United States Court of Federal Claims

No. 04-1262C
(Filed March 1, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
*
**LADO RIO INVESTORS,** *
**A CALIFORNIA LIMITED** *
**PARTNERSHIP,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' Joint Motion for a Stay of Proceedings. The Court hereby **GRANTS** the Joint Motion. Proceedings in this case will be stayed until fourteen days after the conclusion of ADR in the eight related cases cited in the Joint Motion.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge